UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

EMMANUEL ADEYINKA,

        Plaintiff,

v.

BRADY BARRS, ET AL.

        Defendants.

Case No. 3:19-cv-00943-YY

ORDER

On July 19, 2019, the court issued an Order to Show Cause why this case should not be dismissed for failure to state a claim for relief, failure to establish federal subject matter jurisdiction, and failure to establish the court's in personam jurisdiction over the defendants. ECF #7. On August 15, 2019, plaintiff filed a document entitled "Amendment Claim"; however, it fails to cure the defects specifically outlined in the court's Order to Show Cause. Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 20 of August, 2019.

                                            Michael W. Mosman
                                            Chief United States District Judge

1 – ORDER